ABIGAIL O'BRIENT (SBN 265704)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGELA LIMCACO, an individual,**<br>Plaintiff(s)<br>v.<br>**STEVE WYNN, an individual; MATTHEW MADDOX, an individual; BARBARA BUCKLEY, an individual; KIMMARIE SINATRA, an individual; WYNN RESORTS, LTD., a Nevada Corporation; ML STRATEGIES, LLC, a Delaware Limited Liability Company; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10 inclusive,**<br>Defendant(s). | CASE NUMBER<br>2:20-cv-11372-RSWL-MAAx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Biagetti, Peter A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(617) 348-4472   (617) 542-2241
*Telephone Number*   *Fax Number*

PABiagetti@mintz.com
*E-Mail Address*

of **Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
**One Financial Center**
**Boston, MA 02111**
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

ML Strategies, LLC
*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

O'Brient, Abigail
*Designee's Name (Last Name, First Name & Middle Initial)*

265704   (310) 586-3200   (310) 586-3202
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

AVObrient@mintz.com
*E-Mail Address*

of **Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated April 20, 2021

/S/ RONALD S.W. LEW
**U.S. District Judge**